**Order filed November 16, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-09-01065-CV
_____

## L. MICKELE' DANIELS AND RHONDA L. DANIELS, Appellants

## V.

## THE COMMONWEALTH CIVIC ASSOCIATION, INC., Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCV-165996**

### ORDER

Appellants' brief was due October 22, 2012**.** No brief or motion for extension of time has been filed. The court is in receipt of appellants' letter "asking this court to close this case." If appellants desire a dismissal of their appeal, they may file a motion in accordance with Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.1.

Unless appellants submits their brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **December 17, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM